# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145773(73)

ESTATE OF BARBARA JOHNSON, by
JOEDEANNA JOHNSON, Successor
Personal Representative,
        Plaintiff-Appellee,

v

ROBERT F. KOWALSKI, M.D.,
        Defendant-Appellant,

and

TRINITY HEALTH-MICHIGAN, d/b/a MERCY
HOSPITAL CADILLAC, FOUR SEASONS
EMERGENCY ASSOCIATES, L.L.C., and
MUNSON MEDICAL CENTER,
        Defendants.
_____/

SC: 145773
COA: 297066
Wexford CC: 07-020602-NH

      On order of the Chief Justice, the motion of the Michigan Association for Justice to participate as amicus curiae and to file an amicus curiae brief is GRANTED. The amicus brief submitted on January 21, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2014



Clerk